## G. J. Jaffe et al., Appellants, v. Auto Mechanics Local No. 1,049 et al., Appellees.

### Gen. No. 9,435.

opinion filed August 3, 1939; rehearing denied October 3, 1939. Eva L. Minor, for appellants; Daniel D. Carmell for appellees. Opinion by JUSTICE WOLFE. ''Not to be published in full.''

## Norvella M. LeMay, Appellee, v. Jacob F. Mayer and Martha E. Mayer, Appellants.

### Gen. No. 9,439.

opinion filed August 3, 1939. Ryan & Hood, for appellants; Smith & Menzimer, for appellee. Opinion by JUSTICE WOLFE. ''Not to be published in full.''